UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DELORIS PHILLIPS, | § | |
| Plaintiff, | § | |
| vs. | § | No. 3:11-CV-2861-B-BH |
| | § | |
| UNITED PARCEL SERVICE, INC., | § | |
| Defendant. | § | Referred to U.S. Magistrate Judge |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation ("F&R") of the United States Magistrate Judge and after conducting a *de novo* review of the Plaintiff's voluminous objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the F&R of the Magistrate Judge are correct, Plaintiff's objections are overruled and the F&R are accepted as the Findings and Conclusions of the Court.

SIGNED this 16th day of October, 2012.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE